ELLEN GREENFIELD, Respondent, v. WILLIAM F. CHATLOS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

KNUTE HAUGEN, Appellant, v. " JOHN " B. BREYMANN, etc., and EUGENE BREYMANN, Copartners, etc., Respondents.— Judgment reversed upon the law, and new trial granted, with costs to abide the event. We think the plaintiff established a *prima facie* case upon the question of defendants' negligence resulting in the sinking of the dredge. The other points presented upon this appeal, including the question as to whether plaintiff's condition proximately resulted from defendants' negligence, should have been submitted to the jury. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ROSE PRESTON HIX, Appellant, v. JOHN R. ABNEY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

KATHARINE D. HUFF, Appellant, v. MABEL HUFF, HAROLD HUFF and GLADYS HUFF, Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PATRICK J. HUNT, Respondent, v. JOSEPH ROSE and RUTH ROSE, Appellants. JANE HUNT, Respondent, v. JOSEPH ROSE and RUTH ROSE, Appellants. IDA SKINNER, Respondent, v. JOSEPH ROSE and RUTH ROSE, Appellants. DOROTHY SKINNER, an Infant, by IDA SKINNER, Her Guardian ad Litem, Respondent, v. JOSEPH ROSE and RUTH ROSE, Appellants.— Order denying defendants' motion for a consolidation of the above-entitled actions affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

In the Matter of the Application of ROSA DE FINE, Respondent, for a Peremptory Mandamus Order against THE BOARD OF HEALTH OF THE CITY OF NEW YORK and Another, Respondents. BUILT-BY-GLICK, INC., Intervenor, Appellant.— Order of peremptory mandamus affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Lazansky, J., dissents upon the ground that the superintendent of buildings had no authority to issue the permit, nor was it his official duty to revoke it. Relief against the acts of intervenor must be obtained otherwise than by mandamus.

CHARLES F. JACOBS, Appellant, v. JANE JACOBS, Respondent.— Order granting plaintiff's motion for leave to discontinue on condition, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.